## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DARREN M. FINDLING,

        Plaintiff,                    No. 19-11102

v.                                 District Judge Arthur J. Tarnow
                                     Magistrate Judge R. Steven Whalen

CITY OF WYANDOTTE, ET AL.

        Defendants.

_____ /

## ORDER

For the reasons and under the terms stated on the record on January 23, 2020, Plaintiff's Motion to Compel Discovery from Defendant Anthony Jantz [ECF No. 23] and Motion to Compel Discovery from Non-Party Douglas Johnston [ECF No. 24] are both GRANTED.

Defendant Jantz and Non-Party Johnston will provide Plaintiff's counsel with the following information: (1) the identity of their cell phone service providers at the time of the incident giving rise to this litigation; (2) the full name of the account holder for said cell phones; (3) the cell phone number; and (4) the account number.

This information will be subject to an attorneys' eyes only protective order, with the exception that it may be provided to the cell phone providers for purposes of subpoenas or requests for information by Plaintiff's counsel.

IT IS SO ORDERED.

Dated: January 23, 2020               s/R. Steven Whalen_____
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify on January 23, 2020 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants January 23, 2020.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen